AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00227 |
| Jacob Samuel Winkler | ) Assigned To: Judge Faruqui, Zia M. |
| aka | ) Assign. Date: 9/22/2025 |
| Jacob Samuel Winckler | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 20, 2025__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 39A | - Aiming a Laser Pointer at an Aircraft |

This criminal complaint is based on these facts:
See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

USSS Officer Diego Santiago
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/22/2025

_____
*Judge's signature*

City and state: Washington, DC

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*