AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11864582

**RECEIVED** By USMS District of Columbia District Court at 12:59 pm, Sep 22, 2025

| | |
|---|---|
| United States of America<br>v.<br>Jacob Samuel Winkler<br>aka<br>Jacob Samuel Winckler<br><br>*Defendant* | Case: 1:25-mj-00227<br>Assigned To: Judge Faruqui, Zia M.<br>Assign. Date: 9/22/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jacob Samuel Winkler                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:
  18 U.S.C. § 39A - Aiming a Laser Pointer at an Aircraft

Date: 09/22/2025

*Issuing officer's signature*

City and state:   Washington, DC                               Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/22/2025, and the person was arrested on *(date)* 9/22/2025
at *(city and state)* Washington, DC

Date: 9/22/2025

*Arresting officer's signature*

Jhyree Harris DUSM
*Printed name and title*